**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 13-1631**

—————

GARY JONES,

Plaintiff – Appellant,

v.

PAUL GRAZIANO; REBA ANDERSON-GRAHAM; URSEL CHERRY-TUCKER;
CHRISTA PHILLIPS; WALLACE SAMPSON; REGINAL SCRIBBER;
MILDRED BROWN; CORNELIUS HARRISON; BEATRICE ROSE; ROBERT
THOMPSON; ROBIN MACK; CURTIS BURRELL,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James K. Bredar, District Judge.
(1:12-cv-03314-JKB)

—————

Submitted:  September 30, 2013        Decided:  October 9, 2013

—————

Before WILKINSON, SHEDD, and DIAZ, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Gary Jones, Appellant Pro Se. Carrie Blackburn Riley, Baltimore,
Maryland, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Jones appeals the district court's order denying relief in this action raising various claims concerning his residency in public housing facilities. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Graziano, No. 1:12-cv-03314-JKB (D. Md. Apr. 10, 2013). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED